IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-170-GPG
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

MARK STEPHEN MECHIKOFF,

    Plaintiff,

v.

DAVID ALLRED,
DOMINIC JOHN,
SATTINDER RATTAN,
DAVID OBA,
FEDERAL BUREAU OF PRISONS,

    Defendants.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

On January 22, 2016, Plaintiff, Mark Stephen Mechikoff, filed *pro se* a Prisoner Complaint (ECF No. 1) and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 2).  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the filings are deficient as described in this Order.  Plaintiff will be directed to cure the following if he wishes to pursue any claims in this Court in this action.  Any papers that Plaintiff files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   ___   is not submitted
(2)   ___   is missing affidavit

(3)   _X_    is missing certified copy of prisoner's trust fund statement for the **6-month period immediately preceding** this filing
(4)   __    is missing certificate showing current balance in prison account
(5)   __    is missing required financial information
(6)   __    is missing authorization to calculate and disburse filing fee payments
(7)   __    is missing an original signature by the prisoner
(8)   __    is not on proper form
(9)   __    names in caption do not match names in caption of complaint, petition or habeas application
(10) _X_ other: In the alternative, Plaintiff may pay the $400.00 filing fee.

**Complaint, Petition or Application**:
(11)   __    is not submitted
(12)   __    is not on proper Court-approved form
(13)   __    is missing an original signature by the prisoner
(14)   __    is missing page nos.
(15)   __    uses et al. instead of listing all parties in caption
(16)   __    names in caption do not match names in text
(17)   __    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) _X_ other: The Complaint may be incomplete. On page 4, Plaintiff says "continued on Page 10," but there was no page 10 submitted.

Accordingly, it is

      ORDERED that Plaintiff cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

      FURTHER ORDERED that Plaintiff shall obtain the proper Court-approved forms for filing a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED January 25, 2016, at Denver, Colorado.

                                              BY THE COURT:

                                              <u>s/ Gordon P. Gallagher</u>
                                              United States Magistrate Judge